## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JERRY R. KENNEDY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:03cv1047 |
| | ) | |
| CITY OF ZANESVILLE, OHIO, et al., | ) | |
| | ) | **Judge MARBLEY** |
| Defendants. | ) | **Magistrate Judge ABEL** |
| _____ | ) | |

## NOTICE OF JOINT STIPULATION TO DISMISSAL
## OF PLAINTIFF MARGARETTE ADAMS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to appear in this matter, by their respective counsel of record, hereby stipulate to the voluntary dismissal of Plaintiff Margarette Adams.   Each party will bear its own fees and costs.

Dated: July 11, 2005

Respectfully submitted,

/s/ Reed Colfax                         /s/ Rachel K. Robinson per auth.
John P. Relman                        Kimberly M. Skaggs (Bar No. 0061572)
Stephen M. Dane* (Bar No. 0013057)    Rachel K. Robinson* (Bar No. 0067518)
Reed Colfax                            EQUAL JUSTICE FOUNDATION
Jennifer I. Klar                     88 East Broad Street, Suite 1590
Carlie A. Ware                    Columbus, OH 43215
RELMAN & ASSOCIATES, PLLC     (614) 221-9800
1225 19th Street, N.W., Suite 600     kms@equaljusticefoundation.com
Washington, D.C. 20036-2456       rkr@equaljusticefoundation.com
(202) 728-1888
jrelman@relmanlaw.com            *Trial Attorney for Individual Plaintiffs
sdane@relmanlaw.com
rcolfax@relmanlaw.com
jklar@relmanlaw.com
cware@relmanlaw.com

*Trial Attorney for Plaintiff Fair Housing
Advocates Association

**Counsel for Individual Plaintiffs and**   **Counsel for Individual Plaintiffs and**
**Plaintiff Fair Housing**               **Plaintiff Fair Housing**
**Advocates Association**               **Advocates Association**

/s/ Eliza T. Platts-Mills per auth.     /s/ Beth A. Wilson per auth.
Eliza T. Platts-Mills (Bar No. 4442)    Beth A. Wilson (Bar No. 0068766)
WASHINGTON LAWYERS'           Jennifer W. Steves (Bar No. 0074804)
COMMITTEE FOR CIVIL RIGHTS    COOPER & WALINSKI, L.P.A.
11 Dupont Circle, N.W., Suite 400     900 Adams Street
Washington, D.C. 20036            Toledo, OH 43624-1505
(202) 319-1000                 (419) 241-1200
eliza_platts-mills@washlaw.org      wilson@cooperwalinski.com
                              steves@cooperwalinski.com

**Counsel for Individual Plaintiffs and**   **Counsel for Individual Plaintiffs and**
**Plaintiff Fair Housing**               **Plaintiff Fair Housing**
**Advocates Association**                **Advocates Association**

/s/ Kerstin Sjoberg-Witt per auth.                  Jim Petro
Shawn J. Organ (Bar No. 0042052)             Attorney General
Kerstin Sjoberg-Witt (Bar No. 0076405)
JONES DAY
Street Address:
325 John H. McConnell Boulevard              /s/ Stefan Schmidt per tel. auth. 7/11/05
Suite #600                                   Stefan Schmidt (Bar No. 0047358)
Columbus, OH 43215-2673                Stephanie Bostos Demers (Bar No. 0061712)
Mailing Address:                        Marilyn Tobocman (Bar No. 24888)
P.O. Box 165017                          Assistant Attorneys General
Columbus, Ohio 43216-5017             Civil Rights Section
(614) 281-3889                          30 East Broad Street, 15th Floor
(614) 461-4198 (fax)                 Columbus, OH 43215-3428
sjorgan@jonesday.com                 Phone: (614) 466-7181
ksjobergwitt@jonesday.com            Fax:    (614) 466-2437
                                         sschmidt@ag.state.oh.us

**Counsel for Individual Plaintiffs**    sdemers@ag.state.oh.us
**and Plaintiff Fair Housing**          mtobocman@as.state.oh.us
**Advocates Association**

                                      **Counsel for Plaintiff Ohio Civil**
                                      **Rights Commission**

3

/s/ Mark W. Baserman, per e-mail auth. 7/1/05
Mark W. Baserman, Sr., Esq.
(Bar No. 0011387)
BASERMAN LAW OFFICE
45 South Monroe Street
Millersburg, OH 44654-1424
(330) 674-4300
mwb1953@adelphia.net


**Counsel for Defendant City of Zanesville**

/s/ Jessica K. Walls, per e-mail auth. 7/11/05
Mark Landes, Esq. (Bar No. 0027227)
Jessica K. Walls, Esq. (Bar No. 0076761)
ISAAC, BRANT, LEDMAN &
TEETOR, L.L.P.
250 East Broad Street
Columbus, OH 43215
(614) 221-2121
marklandes@isaacbrant.com
jessicawalls@isaacbrant.com


**Counsel for Muskingum County Defendants**


/s/ Michael J. Valentine, per e-mail auth. 7/8/05
Michael J. Valentine, Esq.
(Bar No. 0038806)
REMINGER & REMINGER CO., L.P.A.
Capitol Square Office Building
65 East State Street, 4th Floor
Columbus, OH  43215
614-228-1311
mvalentine@reminger.com


**Counsel for Washington Township Defendants**

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 11, 2005, the foregoing was filed electronically.  Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Reed Colfax_____
Relman & Associates, P.L.L.C.
Counsel for Individual Plaintiffs and Plaintiff Fair
Housing Advocates Association