IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD KENNEDY

VS.                          No. 03-CV-1047
                              Judge: Algenon L. Marbley

CITY OF ZANESVILLE

## WRIT OF HABEAS CORPUS AND PROSEQUENDUM

TO: The United States Marshal for the
      Southern District of Ohio, Eastern Division

      And/Or

TO: Sgt. Lang
      Muskingum County Sheriff's Office
      28 N. 4th St.
      Zanesville, OH 43701

        We command you, that you have the body of Roger Lee Hill, Sr., now being detained in the Muskingum County Jail, Zanesville Ohio as herein noted, under your custody, as it is said, under safe and secure conduct, before the Honorable Algenon L. Marbley of our District Court within and for the district aforesaid on Wednesday, May 28, 2008 by 9:00am, there to be present at a Jury Trial, and said prisoner to be returned to the Muskingum County Jail, under safe and secure conduct, and have you then and there this Writ.

        Certified copy of this Writ shall be authority for the Muskingum County Sheriff's Office for the City of Zanesville and/or Sheriff of Muskingum County Jail.

                                                               United States District Judge