## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Martha Kennedy

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 25,000

-81-

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Martha Kennedy**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

## VERDICT FORM #1 CONT'D

### Plaintiff: Martha Kennedy

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

\_\_\_\_\_✓\_\_\_\_Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

\_\_\_\_\_✓\_\_\_\_Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

\_\_\_\_\_✓\_\_\_\_Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 68,750

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM FOR PLAINTIFF FAIR HOUSING ADVOCATES ASSOCIATION

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his claims, you are instructed that he is not entitled to double or multiple recovery for the same injury merely because he has brought claims under more than one law or against more than one Defendant.)

### Defendant City of Zanesville:

**Question #10:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #11:** Do you find for Plaintiff and against the Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 10, or Question #11 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

### Defendant Muskingum County:

**Question #12:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #13:** Do you find for Plaintiff and against the Defendant Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

## VERDICT FORM FOR PLAINTIFF FAIR HOUSING ADVOCATES ASSOCIATION
### Cont'd

**Damages:** If you answered "Yes" to Question # 12, or Question #13 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$20,000 $60,000

### East Muskingum Water Authority:

**Question #14:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #15:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____√_____Yes _____No

**Damages:** If you answered "Yes" to Question # 14, or Question #15 above, you must determine the amount of damages the Plaintiff is entitled to as a result of the East Muskingum Water Authority's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

SIGNED THIS __10__ DAY OF JUNE, 2008. July

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Michael Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 25,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Michael Kennedy**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

\_\_\_\_√\_\_\_\_Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

\_\_\_X\_\_\_\_Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

\_\_\_X\_\_\_\_Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Michael Kennedy

#### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 68,750

SIGNED THIS _10th_ DAY OF JUNE, 2008.

-84-

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Bryan Newman

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 15,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Bryan Newman

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 13,750

## VERDICT FORM #1 CONT'D

### Plaintiff: Bryan Newman

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 41,250

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Mary Kennedy

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

\_\_\_\_✓\_\_\_Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

\_\_\_\_✓\_\_\_Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

\_\_\_\_✓\_\_\_Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 35,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Mary Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Mary Kennedy

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____ Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 68,750

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Donna Lewis

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✗_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✗_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$  25,000

### **VERDICT FORM #1 CONT'D**

**Plaintiff: Donna Lewis**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

____X____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

____X____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

____X____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

## VERDICT FORM #1 CONT'D

### Plaintiff: Donna Lewis

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 108,750

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Marsha Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

___✓___Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

___✓___Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

___✗___Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 15,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Marsha Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 13,750

## VERDICT FORM #1 CONT'D

### Plaintiff: Marsha Kennedy

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✗_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✗_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 41,250

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

-84-

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

**Plaintiff: Tammy Scott**

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

＿＿＿X＿＿＿Yes ＿＿＿＿＿＿No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

＿＿＿X＿＿＿Yes ＿＿＿＿＿＿＿＿No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

＿＿＿X＿＿＿Yes ＿＿＿＿＿＿No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 3,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Tammy Scott**

#### **Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 3,750

## VERDICT FORM #1 CONT'D

### Plaintiff: Tammy Scott

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____√_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 8,250

SIGNED THIS  10th  DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Lynn Hairston

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 3,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Lynn Hairston**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 3,750

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Lynn Hairston

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✓_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 3,250

SIGNED THIS _10th_ DAY OF JUNE, 2008.

**VERDICT FORM #1**

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

**Plaintiff: Nancy Kennedy**

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 25,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Nancy Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Nancy Kennedy

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✓_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$  68,750

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Erin Walker

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

✓ Yes ___ No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

___✓___ Yes _____ No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

___✓___ Yes _____ No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 15,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Erin Walker

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 18,750

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Erin Walker

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 41,250

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Ricky Lee Kennedy

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 25,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Ricky Lee Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 31,250

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Ricky Lee Kennedy**

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✔_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✔_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✔_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 62,750

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

-84-

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Dennis Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 60,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Dennis Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 75,600

## VERDICT FORM #1 CONT'D

### Plaintiff: Dennis Kennedy

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✗_____ Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✗_____ Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✗_____ Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 165,000

-83-

SIGNED THIS _11th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Jerry Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____ Yes _____ No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 60,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Jerry Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ __75,000__

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Jerry Kennedy

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____V_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 165,000

-83-

SIGNED THIS __10__ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Bernard Kennedy

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✗____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✗____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 60,000

-81-

## VERDICT FORM #1 CONT'D

### Plaintiff: Bernard Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 75,000

-82-

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Bernard Kennedy**

### **East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____ Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____ Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____ Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

SIGNED THIS 10 th DAY OF JUNE, 2008.

-84-

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Glenna McConnell

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$  25,000

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Joshua Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

-81-

## VERDICT FORM #1 CONT'D

### Plaintiff: Joshua Kennedy

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Joshua Kennedy

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

-83-

SIGNED THIS _10th_ DAY OF ~~JUNE~~ July, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Rebecca Kennedy

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X____ Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓____ Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X____ Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## <u>VERDICT FORM #1 CONT'D</u>

### Plaintiff: Rebecca Kennedy

### <u>Defendant Muskingum County</u>:

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Rebecca Kennedy

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____ Yes _____ No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

**Plaintiff: Shawn Kennedy**

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Shawn Kennedy**

### **Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Shawn Kennedy

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✗_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✗_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Julia Landkrohn

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____√_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____√_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____√_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Julia Landkrohn

### Defendant Muskingum County:

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Julia Landkrohn

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Jessica Mirgon

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

\_\_\_\_X\_\_\_\_Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

\_\_\_\_X\_\_\_\_Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

\_\_\_\_X\_\_\_\_Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Jessica Mirgon

### Defendant Muskingum County:

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Jessica Mirgon**

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Goldie Newman

### Defendant City of Zanesville:

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Goldie Newman**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

\_\_\_\_\_X\_\_\_\_Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

\_\_\_\_\_X\_\_\_\_Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

\_\_\_\_\_X\_\_\_\_Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

## VERDICT FORM #1 CONT'D

### Plaintiff: Goldie Newman

**East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

    X    Yes         No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

    X    Yes         No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

    X    Yes         No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

SIGNED THIS 10th DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Judy Newman

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Judy Newman

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

-82-

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Judy Newman**

#### **East Muskingum Water Authority:**

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27,500

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Thomas Levi King

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____X_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____X_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 6,000

## **VERDICT FORM #1 CONT'D**

### **Plaintiff: Thomas Levi King**

**Defendant Muskingum County:**

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

\_\_\_\_X\_\_\_ Yes _____ No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

\_\_\_\_X\_\_\_ Yes _____ No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

\_\_\_\_X\_\_\_ Yes _____ No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 7,500

-82-

## VERDICT FORM #1 CONT'D

### Plaintiff: Thomas Levi King

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____X_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____X_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____X_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 16,500

-83-

SIGNED THIS _10th_ DAY OF JUNE, 2008.

-84-

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Coty Tomson

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✔_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✔_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✔_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## VERDICT FORM #1

(Note: Remember jury instruction No. 71—If you should find in favor of any individual Plaintiff on one or more of his or her claims, you are instructed that he or she is not entitled to double or multiple recovery for the same injury merely because he or she has brought claims under more than one law or against more than one Defendant.)

### Plaintiff: Coty Tomson

**Defendant City of Zanesville:**

**Question #1:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Fair Housing Act?

_____✓_____Yes _____No

**Question #2:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims the other federal laws (42 U.S.C. § 1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #3:** Do you find for Plaintiff and against Defendant City of Zanesville on Plaintiff's race discrimination claims under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 1 or Question #2 or Question #3 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant City of Zanesville's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 10,000

## VERDICT FORM #1 CONT'D

### Plaintiff: Coty Tomson

### Defendant Muskingum County:

**Question #4:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #5:** Do you find for Plaintiff and against Defendant Muskingum County on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982; Equal Protection Clause of the 14th Amendment to the United States Constitution, 42 U.S.C. § 1983; and Title VI of the Civil Rights Act of 1964)?

_____✓_____Yes _____No

**Question #6:** Do you find for Plaintiff and against Muskingum County on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✓_____Yes _____No

**Damages:** If you answered "Yes" to Question # 4 or Question #5 or Question #6 above, you must determine the amount of damages the Plaintiff is entitled to as a result of Defendant Muskingum County's violation of federal or state civil rights laws. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 12,500

## VERDICT FORM #1 CONT'D

### Plaintiff: Coty Tomson

### East Muskingum Water Authority:

**Question #7:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Fair Housing Act?

_____✓_____Yes _____No

**Question #8:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claims under the other federal laws (42 U.S.C. §1981; 42 U.S.C. § 1982)?

_____✗_____Yes _____No

**Question #9:** Do you find for Plaintiff and against the East Muskingum Water Authority on Plaintiff's race discrimination claim under the Ohio Fair Housing Law?

_____✗_____Yes _____No

**Damages:** If you answered "Yes" to Question # 7, Question #8, or Question #9 above, you must determine the amount of damages the Plaintiff is entitled to as a result of East Muskingum Water Authority's violation of state civil rights law. In the space provided below, write the amount of damages to be awarded to this Plaintiff.

$ 27, 500

SIGNED THIS _10th_ DAY OF JUNE, 2008.