**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jerry R. Kennedy, et al., | JUDGMENT IN A CIVIL CASE |
| vs | Case No. 2:03-cv-1047 |
| The City of Zanesville, Ohio, et. al., | **Judge Marbley** |

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that the Jury's Verdict reached on 7/10/2008 finds for the Plaintiffs and against the Defendants. See attached document pertaining to the amount of damages to be awarded to Plaintiff.

Date: July 17, 2008          **James Bonini, Clerk**

                              s/Eduardo Rivera
                              Eduardo Rivera, Deputy Clerk

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 1. Martha Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 2. Fair Housing Advocates Association | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$60,000<br>$10,000 |
| 3. Michael Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 4. Bryan Newman | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $15,000<br>$18,750<br>$41,250 |
| 5. Mary Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 6. Donna Lewis | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 7. Marsha Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $15,000<br>$18,750<br>$41,250 |
| 8. Tammy Scott | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $3,000<br>$3,750<br>$8,250 |
| 9. Lynn Hairston | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $3,000<br>$3,750<br>$8,250 |
| 10. Nancy Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 11. Erin Walker | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $15,000<br>$18,750<br>$41,250 |
| 12. Ricky Lee Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 13. Dennis Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 14. Jerry Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 15. Bernard Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 16. Glenna McConnell | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 17. Joshua Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 18. Rebecca Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 19. Shawn Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 20. Julia Landkrohn | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 21. Jessica Mirgon | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 22. Goldie Newman | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 23. Judy Newman | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 24. Thomas Levi King | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $6,000<br>$7,500<br>$16,500 |

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 25. Coty Tomson | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 26. Violet Tomson | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $10,000<br>$12,500<br>$27,500 |
| 27. Ellen Harvey | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $6,000<br>$7,500<br>$16,500 |
| 28. Christine Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $6,000<br>$7,500<br>$16,500 |
| 29. Jeanene Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 30. Marvin Kennedy, Sr. | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 31. Helen McCuen | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 32. Rodney Hale | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 33. Evelyn Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 34. Richard Kennedy, Jr. | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 35. Robert Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 36. Saundra McCuen | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 37. Jacquelene Norvet | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 38. Carolyn Page | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 39. Alice Stokes | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 40. Kay Turner | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 41. Mark Walker | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 42. Barbara Chatman | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,500<br>$68,750 |
| 43. Karen Gilbert | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 44. Nora Walker | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 45. Cynthia Hairston | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 46. Mark Hale | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 47. James Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 48. Jeff Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 49. John Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 50. Kathleen Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 51. Lorena Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 52. Robert Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 53. Roger Hill | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 54. Frederick H. Martin | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 55. Paul C. Martin | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 56. Richard L. Martin | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 57. Tommy W. Martin | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 58. Gary Mayle | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 59. John Paul Mayle | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 60. Julia Hill Mayle | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |

| Name of Plaintiff | Name of Defendant | Amount Awarded |
|---|---|---|
| 61. John McCuen | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $40,000<br>$50,000<br>$110,000 |
| 62. Donald Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 63. Marcus Kennedy | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $15,000<br>$18,750<br>$41,250 |
| 64. Regina Hale | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $15,000<br>$18,750<br>$41,250 |
| 65. Audrey Ford | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $3,000<br>$3,750<br>$8,250 |
| 66. James McCuen | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $25,000<br>$31,250<br>$68,750 |
| 67. Thomas Ford | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $3,000<br>$3,750<br>$8,250 |
| 68. Doretta Hale | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |
| 69. Richard Kennedy, Sr. | City of Zanesville<br>Muskingum County<br>East Muskingum Water Authority | $60,000<br>$75,000<br>$165,000 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jerry R. Kennedy, et al.,

       Plaintiffs,
:
  vs                                         Case Number: 2:03-cv-1047
:

The City of Zanesville, Ohio, et al.,

       Defendants.

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

    The above captioned matter has been terminated on July 17, 2008.

    If applicable to this case, the disposal date will be six (6) months from the above termination date

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JAMES BONINI, CLERK


By:    **s/Eduardo Rivera**
       Eduardo Rivera, Deputy Clerk