# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JERRY R. KENNEDY, et al.** | : | Case No. C2-03-1047 |
| **Plaintiffs,** | : | **JUDGE MARBLEY** |
| v. | : | **MAGISTRATE JUDGE ABEL** |
| **CITY OF ZANESVILLE, et al.** | : | |
| **Defendants.** | : | |

## SATISFACTION OF JUDGMENT
## BY DEFENDANT MUSKINGUM COUNTY, OHIO

The Judgment issued by this Court on July 17, 2008 against Muskingum County, Ohio has been fully satisfied by payment of a compromised sum on behalf of Defendant Muskingum County, Ohio. The Board of Commissioners and the East Muskingum Water Authority continue to deny all liability. The judgment having been fully paid and satisfied, the Clerk of this Court is directed to satisfy and discharge the above-referenced judgment filed in this matter. Under the terms of the settlement agreement entered into among the parties in this matter, Plaintiffs have waived their right to seek to enforce the judgment entered in this matter in exchange for the consideration to be given by Defendants.

ALGENON L. MARBLEY, JUDGE
UNITED STATES DISTRICT COURT

APPROVED:

/s/ Mark Landes
Mark Landes, Trial Counsel (0027227)
Isaac, Brant, Ledman & Teetor, LLP
250 East Broad Street, Suite 900
Columbus, Ohio 43215
(614) 221-2121; Fax (614) 365-9516
marklandes@isaacbrant.com

-and-

/s/ Hilary S. Taylor
Hilary S. Taylor (0017496)
HTaylor@westonhurd.com
Weston Hurd, LLP
The Tower at Erieview
1301 East 9th St., Suite 1900
Cleveland, Ohio 44114-1862
(216) 241-6602; Fax: (216) 621-8369
*Attorneys for Muskingum County, Ohio*

/s/ Reed N. Colfax
RELMAN & DANE, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
(202) 728-1888
*Counsel for Individual Plaintiffs and Plaintiff Fair Housing Advocates*

/s/ Stefan Schmidt
Assistant Attorneys General
Office Of the Ohio Attorney General
Civil Rights Section
30 East Broad Street, 15th Floor
Columbus, OH 43215-3428
Phone: (614) 466-7181
Fax: (614) 466-2437
*Counsel for Plaintiff Ohio Civil Rights Commission*