IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JERRY R. KENNEDY, et al., )<br>                                  )<br>    Plaintiffs,        )<br>                                    )<br>      v.               )<br>                                  )<br>CITY OF ZANESVILLE, OHIO, et al.,  )<br>                                  )<br>    Defendants.      )<br>_____) | **Case No. 2:03cv1047**<br><br>**Judge MARBLEY**<br>**Magistrate Judge ABEL** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice.

Dated:  March 20, 2009

Respectfully Submitted,

| | |
|---|---|
| /s/ Reed N. Colfax_____<br>John P. Relman<br>Stephen M. Dane (Bar No. 0013057)<br>Reed N. Colfax<br>Jennifer I. Klar<br>RELMAN & ASSOCIATES, PLLC<br>1225 19th Street, N.W., Suite 600<br>Washington, D.C.  20036-2456<br>(202) 728-1888<br>jrelman@relmanlaw.com<br>sdane@relmanlaw.com<br>rcolfax@relmanlaw.com<br>jklar@relmanlaw.com<br><br>**Counsel for Individual Plaintiffs and**<br>**Plaintiff FHAA** | /s/ Rachel K. Robinson_____<br>Kimberly M. Skaggs (Bar No. 0061572)<br>Rachel K. Robinson (Bar No. 0067518)<br>EQUAL JUSTICE FOUNDATION<br>88 East Broad Street, Suite 1590<br>Columbus, OH 43215<br>(614) 221-9800<br>kms@equaljusticefoundation.com<br>rkr@equaljusticefoundation.com<br><br>**Counsel for Individual Plaintiffs and**<br>**Plaintiff Fair Housing**<br>**Advocates Association** |

| | |
|---|---|
| /s/ Mary J. Hahn<br>Mary J. Hahn<br>WASHINGTON LAWYERS'<br>COMMITTEE FOR CIVIL RIGHTS<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 319-1000<br>eliza_platts-mills@washlaw.org<br><br>**Counsel for Individual Plaintiffs and**<br>**Plaintiff Fair Housing**<br>**Advocates Association** | /s/ Beth A. Wilson<br>Beth A. Wilson (Bar No. 0068766)<br>Jennifer W. Steves (Bar No. 0074804)<br>COOPER & WALINSKI, L.P.A.<br>900 Adams Street<br>Toledo, OH 43624-1505<br>(419) 241-1200<br>wilson@cooperwalinski.com<br>steves@cooperwalinski.com<br><br>**Counsel for Individual Plaintiffs and**<br>**Plaintiff Fair Housing**<br>**Advocates Association** |
| /s/ Shawn J. Organ<br>Shawn J. Organ (Bar No. 0042052)<br>Kerstin Sjoberg-Witt (Bar No. 0076405)<br>JONES DAY<br>Street Address:<br>325 John H. McConnell Boulevard<br>Suite #600<br>Columbus, OH 43215-2673<br>Mailing Address:<br>P.O. Box 165017<br>Columbus, Ohio 43216-5017<br>(614) 281-3889<br>(614) 461-4198 (fax)<br>sjorgan@jonesday.com<br>ksjobergwitt@jonesday.com<br><br>**Counsel for Individual Plaintiffs**<br>**and Plaintiff Fair Housing**<br>**Advocates Association** | JIM PETRO<br>ATTORNEY GENERAL<br><br>/s/ Stefan Schmidt per auth.<br>STEFAN SCHMIDT (Bar No. 0047358)<br>sschmidt@ag.state.oh.us<br>STEPHANIE BOSTOS DEMERS<br>(Bar No. 0061712)<br>sdemers@ag.state.oh.us<br>MARILYN TOBOCMAN (Bar No. 0024888)<br>mtobocman@as.state.oh.us<br>Assistant Attorneys General<br>Civil Rights Section<br>30 East Broad Street, 15th Floor<br>Columbus, OH 43215-3428<br>Phone: (614) 466-7181<br>Fax:    (614) 466-2437<br><br>**Counsel for Plaintiff Ohio Civil**<br>**Rights Commission** |

_/s/ Mark W. Baserman, Sr. per auth._
Mark W. Baserman, Sr., Esq.
(Bar No. 0011387)
BASERMAN LAW OFFICE
45 South Monroe Street
Millersburg, OH 44654-1424
(330) 674-4300
mwb1953@adelphia.net

**Counsel for Defendant City of Zanesville**

_/s/ Jessica K. Philemond per auth._
Mark Landes, Esq. (Bar No. 0027227)
Jessica K. Philemond, Esq. (Bar No. 0076761)
ISAAC, BRANT, LEDMAN & TEETOR, L.L.P.
250 East Broad Street
Columbus, OH 43215
(614) 221-2121
marklandes@isaacbrant.com
jessicawalls@isaacbrant.com

**Counsel for Defendant Muskingum County**

## **CERTIFICATE OF SERVICE**

      I certify that on March 20, 2009, the foregoing was filed electronically.  Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 /s/ Reed N. Colfax_____
                                                 Reed N. Colfax