# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JERRY R. KENNEDY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Case No. 2:03cv1047** |
| ) | |
| CITY OF ZANESVILLE, OHIO, et al., ) | |
| ) | **Judge MARBLEY** |
| Defendants. ) | **Magistrate Judge ABEL** |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties by their respective counsel of record, hereby stipulate that the above-entitled action is dismissed with prejudice.

Dated: March 20, 2009

Respectfully Submitted,

/s/ Reed N. Colfax
John P. Relman
Stephen M. Dane (Bar No. 0013057)
Reed N. Colfax
Jennifer I. Klar
RELMAN & ASSOCIATES, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036-2456
(202) 728-1888
jrelman@relmanlaw.com
sdane@relmanlaw.com
rcolfax@relmanlaw.com
jklar@relmanlaw.com

**Counsel for Individual Plaintiffs and Plaintiff FHAA**

/s/ Rachel K. Robinson
Kimberly M. Skaggs (Bar No. 0061572)
Rachel K. Robinson (Bar No. 0067518)
EQUAL JUSTICE FOUNDATION
88 East Broad Street, Suite 1590
Columbus, OH 43215
(614) 221-9800
kms@equaljusticefoundation.com
rkr@equaljusticefoundation.com

**Counsel for Individual Plaintiffs and Plaintiff Fair Housing Advocates Association**

/s/ Mary J. Hahn
Mary J. Hahn
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
eliza_platts-mills@washlaw.org

**Counsel for Individual Plaintiffs and Plaintiff Fair Housing Advocates Association**


/s/ Shawn J. Organ
Shawn J. Organ (Bar No. 0042052)
Kerstin Sjoberg-Witt (Bar No. 0076405)
JONES DAY
Street Address:
325 John H. McConnell Boulevard
Suite #600
Columbus, OH 43215-2673
Mailing Address:
P.O. Box 165017
Columbus, Ohio 43216-5017
(614) 281-3889
(614) 461-4198 (fax)
sjorgan@jonesday.com
ksjobergwitt@jonesday.com

**Counsel for Individual Plaintiffs and Plaintiff Fair Housing Advocates Association**

/s/ Beth A. Wilson
Beth A. Wilson (Bar No. 0068766)
Jennifer W. Steves (Bar No. 0074804)
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH 43624-1505
(419) 241-1200
wilson@cooperwalinski.com
steves@cooperwalinski.com

**Counsel for Individual Plaintiffs and Plaintiff Fair Housing Advocates Association**


JIM PETRO
ATTORNEY GENERAL

/s/ Stefan Schmidt per auth.
STEFAN SCHMIDT (Bar No. 0047358)
sschmidt@ag.state.oh.us
STEPHANIE BOSTOS DEMERS
(Bar No. 0061712)
sdemers@ag.state.oh.us
MARILYN TOBOCMAN (Bar No. 0024888)
mtobocman@as.state.oh.us
Assistant Attorneys General
Civil Rights Section
30 East Broad Street, 15th Floor
Columbus, OH 43215-3428
Phone: (614) 466-7181
Fax:    (614) 466-2437

**Counsel for Plaintiff Ohio Civil Rights Commission**

_/s/ Mark W. Baserman, Sr. per auth._
Mark W. Baserman, Sr., Esq.
(Bar No. 0011387)
BASERMAN LAW OFFICE
45 South Monroe Street
Millersburg, OH 44654-1424
(330) 674-4300
mwb1953@adelphia.net

**Counsel for Defendant City of Zanesville**

_/s/ Jessica K. Philemond per auth._
Mark Landes, Esq. (Bar No. 0027227)
Jessica K. Philemond, Esq. (Bar No. 0076761)
ISAAC, BRANT, LEDMAN & TEETOR, L.L.P.
250 East Broad Street
Columbus, OH 43215
(614) 221-2121
marklandes@isaacbrant.com
jessicawalls@isaacbrant.com

**Counsel for Defendant Muskingum County**

## **CERTIFICATE OF SERVICE**

  I certify that on March 20, 2009, the foregoing was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/ Reed N. Colfax_____
            Reed N. Colfax